# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-00-00397-CR

**Enrique Montiel, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY
## NO. 97-1431-1, HONORABLE KEVIN HENDERSON, JUDGE PRESIDING

A jury found appellant Enrique Montiel guilty of theft and assessed punishment at incarceration for 270 days and a $4000 fine. *See* Tex. Penal Code Ann. § 31.03(a), (e)(3) (West Supp. 2001).

Appellant represents himself on appeal. A reporter's record was not requested and, after appellant was given notice and an opportunity to cure, the appeal was submitted for decision without a reporter's record. *See* Tex. R. App. P. 37.3(c)(1). Appellant did not file a brief or respond to this Court's notices. *See* Tex. R. App. P. 38.8(b)(4). We have examined the record before us and find no fundamental error that should be considered in the interest of justice.

The judgment of conviction is affirmed.

_____

Lee Yeakel, Justice

Before Chief Justice Aboussie, Justices Yeakel and Patterson

Affirmed

Filed:   May 17, 2001

Do Not Publish

2